UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ERIC BROWN | CIVIL ACTION |
| VERSUS | NO. 16-15717 |
| WARDEN JERRY GOODWIN | SECTION "F"(4) |

### ORDER AND REASONS

The petitioner, Eric Brown, filed a **Motion to Add Exhibits to the Record (Rec. Doc. No. 17)** seeking leave to file copies of various documents he has gathered that he believes are relevant to his federal habeas corpus petition. However, the documents are not relevant to this Court's resolution of his petition by this Court. Brown has already burdened the record with several sets of documents which were improvidently filed by the clerk without the required leave of court as supplements to his petition. The Court will not allow Brown to use the record as a running diatribe about the ongoing state proceedings. Brown is advised that the Court's review will be guided by the certified copy of the state court record and is limited to those exhibits and pleadings that were before the state courts in addressing his claims on the merits. *See Cullen v. Pinholster*, 563 U.S. 170, 185 (2011); *Blue v. Thaler*, 665 F.3d 647, 656 (5th Cir. 2011). Accordingly,

**IT IS ORDERED** that Brown's **Motion to Add Exhibits to the Record (Rec. Doc. No. 17)** is **DENIED**.

New Orleans, Louisiana, this  27th  day of July, 2017.

KAREN WELLS ROBY
CHIEF UNITED STATES MAGISTRATE JUDGE