UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ERIC BROWN | CIVIL ACTION |
| VERSUS | NO. 16-15717 |
| WARDEN JERRY GOODWIN | SECTION "F" (4) |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the Chief United States Magistrate Judge, and the objections to the Chief Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the Chief United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Eric Brown's petition for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction as premature.

**IT IS FURTHER ORDERED** that Eric Brown's subsequent motion to stay and abey and motion for preliminary injunction are **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction as premature.

New Orleans, Louisiana, this __8th__ day of December, 2017.

_____
**MARTIN L. C. FELDMAN**
**UNITED STATES DISTRICT JUDGE**