UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ERIC BROWN                                          CIVIL ACTION

VERSUS                                              NO. 16-15717

WARDEN JERRY GOODWIN                                SECTION "F" (4)

**CERTIFICATE OF APPEALABILITY**

Having separately issued a final order in connection with the captioned habeas corpus proceeding, in which the detention complained of arises out of process issued by a state court, the Court, after considering the record and the requirements of 28 U.S.C. § 2253 and Fed. R. App. P. 22(b), hereby orders that,

_____ a certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s):

\_\_\_\_X\_\_\_\_ a certificate of appealability shall not be issued for the following reason(s):

The petitioner has failed to make a substantial showing of the denial of a constitutional right by failing to show that his claims are ripe for adjudication. The petitioner has failed to show that reasonable jurists could debate whether the motion should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further. See Report and Recommendation dated September 14, 2017.

New Orleans, Louisiana, this \_\_\_8th\_\_\_ day of December, 2017.

*[signature: Martin L. C. Feldman]*
UNITED STATES DISTRICT JUDGE